# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIDAD ALIBABA AHADPOUR , <br> Petitioner, <br> v. <br> JAMES JANECKA, et al., <br> Respondents. | Case No. 2:25-cv-10889-SK <br><br> **JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Alidad Alibaba Ahadpour is to be released from the custody of Immigration and Customs Enforcement immediately on an appropriate order of supervision.

The Clerk is instructed to close this case.

DATED: <u>May 26, 2026</u>

_____
HON. STEVE KIM
United States Magistrate Judge